UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE MORALES,

        Petitioner,

   v.

WARDEN,

        Respondent.

Case No. 25-cv-03709 BLF (PR)

**ORDER OF DISMISSAL**

On April 29, 2025, Petitioner, a Florida state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent a notice to Petitioner informing him that he must file a complete *In Forma Pauperis* ("IFP") application within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 3. This matter was reassigned to the undersigned on June 10, 2025. Dkt. No. 6. The Court granted Petitioner an extension of time until July 10, 2025, to pay the filing fee or file a complete IFP application. Dkt. No. 7. The Court resent copies of the notices and court order on July 15, 2025, after mail was returned as undeliverable. Dkt. Nos. 8, 9.

The deadline to file an IFP application has long since passed, and Petitioner has failed to respond. Furthermore, there has been no other communication from Petitioner.

Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

**Dated: August 25, 2025**

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\HC.25\03709Morales_dism-ifp

2