UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDDIE MORALES, | |
|---|---|
| Petitioner, | Case No. 25-cv-03709 BLF (PR) |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: August 25, 2025**

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.25\03709Morales_judgment